IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern District)

| | |
|---|---|
| THOMAS ALSTON, | * |
| Plaintiff, | * Civil Action No: 8:17-cv-02748-TDC |
| v. | * |
| ABC FINANCIAL SERVICES, INC., *et al.*, | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## DEFENDANTS' CONSOLIDATED MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

Defendants ABC Financial Services Inc. ("ABC"), LMD Gyms, LLC ("LMD") and GBG, Inc. ("GBG") respectfully submit the following consolidated motion (the "Motion"). ABC respectfully moves pursuant to Federal Rule 12(b)(6) to dismiss Count I of Plaintiff's Amended Complaint against it for failure to state a claim upon which relief can be granted. ABC, LMD, and GBG respectfully move pursuant to Federal Rule 12(b)(6) to dismiss Counts II and III of Plaintiff's Amended Complaint against them for failure to state a claim upon which relief can be granted.  In the alternative, ABC, LMD, and GBG respectfully move pursuant to Federal Rule 56 for the entry of summary judgment on their behalf.  The Defendants provide the following reasons in support of the Motion:

1. There is no genuine issue of material fact that could preclude summary judgment, and the Moving Defendants are entitled to judgment as a matter of law.

2. The grounds and authority for this Motion are set forth more fully in the attached Memorandum of Law, which is incorporated herein by reference.

WHEREFORE, the Defendants respectfully request that the Court:

1. Dismiss Count I as alleged against Defendant ABC Financial Services, Inc. for failure to state a claim upon which relief can be granted; and

2. Dismiss Counts II and III as alleged against ABC Financial Services, Inc., LMD Gyms, LLC and GBG, Inc. for failure to state a claim upon which relief can be granted; or, alternatively

3. Enter summary judgment in favor of Defendant ABC Financial Services, Inc. on all Counts and enter summary judgment in favor of Defendants LMD Gyms, LLC and GBG, Inc. with respect to Counts II and III.

                              Respectfully submitted,

Dated: October 19, 2017

    \_\_/s/ Donald A. Rea_____
Donald A. Rea (Fed. Bar No. 23194)
Amanda R. Paige (Fed. Bar No. 19121)
SAUL EWING ARNSTEIN & LEHR LLP
500 E. Pratt Street, Suite 800
Baltimore, Maryland 21202
don.rea@saul.com
Direct: (410) 332-8680
amanda.paige@saul.com
Direct: (410) 332-8789

*Counsel for Defendants*
*LMD Gyms, LLC and GBG, Inc.*


    \_\_/s/ Bradley T Canter_____
Bradley T. Canter (Fed. Bar No. 18995)
THE LAW OFFICES OF RONALD S. CANTER LLC
200A Monroe Street, Suite 104
Rockville, Maryland 20850
bcanter@roncanterllc.com
Direct: (301) 424-7490

*Counsel for Defendant*
*ABC Financial Services, Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 19th day of October, 2017, a copy of foregoing Motion to Dismiss or in the Alternative for Summary Judgment, Memorandum of Law in Support, and proposed Orders were sent by electronic and first-class mail, postage prepaid, to:

>Thomas Alston
>10012 Cedarhollow Lane
>Largo, Maryland 20774
>talston@washlegal.com
>
>*Pro Se Plaintiff*

>*/s/ Amanda R. Paige*_____
>Amanda R. Paige