

# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND
### OFFICE OF THE CLERK

Felicia C. Cannon, Clerk of Court
Elizabeth B. Snowden, Chief Deputy
Catherine Stavlas, Chief Deputy

Reply to Southern Division Address

November 14, 2017

Circuit Court for Prince George's County, Maryland
14735 Main Street
Upper Marlboro, MD  20772

      RE:    Alston v. ABC Financial Services, Inc. et al
              Civil Action No. TDC-17-2748
              CAL-17-18362

Dear Clerk:

      On November 13, 2017, the Honorable Theodore D. Chuang signed an order remanding the above-entitled case to your Court.  Enclosed is a certified copy of the order, together with a certified copy of the docket entries.  We have discontinued our previous practice of sending the state court original papers which were filed in this Court.  Should you need certified copies of any papers you may contact the Deputy Clerk below.

      Kindly acknowledge receipt of the enclosed on the duplicate copy of this letter.

      Thank you for your cooperation in this matter.

                              Sincerely,

                              Felicia C. Cannon, Clerk

                By:    _____
                            Deputy Clerk

Enclosures

ACKNOWLEDGED RECEIPT THIS _____ DAY OF _____ 20____.

Remand Letter to Court (Rev. 9/4/2001)

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

**Visit the U.S. District Court's Website at www.mdd.uscourts.gov**